Appeals for the Third Circuit denied. *Mr. William A. Gray* for petitioner. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 709. CROWN CENTRAL PETROLEUM CORP. *v.* BATES. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edward S. Boyles* for petitioner. No appearance for respondent.

No. 710. CLEVELAND RY. CO. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Andrew Squire* and *Atlee Pomerene* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Morton P. Fisher,* and *Clarence M. Charest* for respondent.

No. 711. ONLEY *v.* LEHIGH VALLEY R. CO. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sol Gelb* for petitioner. *Mr. Clifton P. Williamson* for respondent.

No. 712. WOOD TOWING CORP. *v.* SOUTHERN TRANSPORTATION CO. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John W. Oast, Jr.,* for petitioner.